# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR THE ADVANCEMENT OF MINORITIES WITH DISABILITIES, SUING ON BEHALF OF DAVID SINGELTARY AND ITS MEMBERS; and DAVID SINGELTARY, an individual,<br><br>                              Plaintiffs,<br>    vs.<br><br>C&D AUTO CARE, INC.; and DOES 1 through 10, inclusive,<br>                              Defendants. | CASE NO. 06 CV 0317 JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

The court **GRANTS** the parties' joint motion for dismissal with prejudice of this action. See Docket No. 43. As this case has now settled in its entirety, the clerk is **ORDERED** to terminate it.

**IT IS SO ORDERED.**

DATED: January 4, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties